No. 84–1179.   TAVONE *v.* RHODE ISLAND.   Sup. Ct. R. I. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 84–1262.   FEDERATION INTERNATIONALE DE BASKETBALL AMATEUR *v.* BEHAGEN.   C. A. 10th Cir.   Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 84–1294.   VILLAGES, INC. *v.* METROPOLITAN DEVELOP-MENT COMMISSION OF MARION COUNTY.   Ct. App. Ind.   Motion of National Association of Homes for Children for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 84–5307.   THETFORD *v.* UNITED STATES, 469 U. S. 1218; No. 84–5626.   DUFOUR *v.* MISSISSIPPI, 469 U. S. 1230; and No. 84–5945.   WATKINS *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, 469 U. S. 1223.   Petitions for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of these petitions.

APRIL 15, 1985

No. 84–1387.   MOORE *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari dismissed under this Court's Rule 53.

No. 84–1093.   WELCH ET AL. *v.* CLAIBORNE COUNTY BEER BOARD ET AL.   Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.   JUSTICE WHITE and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 84–1299.   ARANGO *v.* FLORIDA.   Appeal from Dist. Ct. App. Fla., 3d Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.